# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MERVIN HODGE,

   *Plaintiff,*

   v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

   *Defendants.*

Civil Action No. 16-2200

ORDER

**ARLEO, UNITED STATES DISTRICT JUDGE**

   **THIS MATTER** comes before the Court on Plaintiff Mervin Hodge's ("Plaintiff") motion for default judgment against Defendant U.S. Bank National Association as Trustee, Successor in Interest to Bank of America, N.A., as Trustee, Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2005-6 ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2), ECF No. 7;

   and for the reasons set forth in the Court's accompanying Opinion;

   **IT IS**, on this 6th day of November, 2017,

   **ORDERED** that Plaintiff's motion for default judgment, ECF No. 7, is **DENIED** without prejudice.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**